

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-21-00273-CR

JASON LEE NELSON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 46th District Court
Wilbarger County, Texas
Trial Court No. 12,566, Honorable Dan Mike Bird, Presiding

November 9, 2021

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, Jason Lee Nelson, appeals from the trial court's judgment revoking his community supervision for the offense of family violence.[1] Pending before this Court is appellant's motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by appellant and his attorney. As no decision of the Court has been delivered, the motion is granted and the appeal is

---

[1] *See* TEX. PENAL CODE ANN. 22.01(a)(1).

dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.